FILED
JANUARY 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEAL BAYAA | ) | **08 C 408** |
| Plaintiff, | ) | |
| | ) No. | |
| v. | ) (Cook County Circuit | |
| | ) Court Case 07 L 013613) | |
| MARTEN TRANSPORT, LTD., | ) | JUDGE SHADUR |
| and ANDY BENNETT, | ) | MAGISTRATE JUDGE VALDEZ |
| | ) **JURY DEMAND** | |
| Defendants. | ) | |

### DEFENDANT MARTEN TRANSPORT, LTD.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332, 1441 and 1446

The defendant, MARTEN TRANSPORT LTD., by its attorneys, THE HUNT LAW GROUP, LLC, hereby gives notice that this action has been removed from the Circuit Court of Cook County, Law Division, of the State of Illinois to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and respectfully states to the Court as follows:

1. The plaintiff filed a civil complaint, captioned *Neal Bayaa v. Marten Transport, Ltd. and Andy Bennett*, Case No. 07 L 013613, on December 6, 2007 in the Law Division of the Circuit Court of Cook County in the State of Illinois. The complaint alleges that the plaintiff sustained great injuries as a result of defendants' negligence from on automobile accident that occurred on or about November 30, 2007 in Chicago, Illinois. [See Complaint, attached hereto as Exhibit A.]

2. The defendant, Marten Transport, Ltd., was served with the complaint on December 21, 2007. [See Summons and Sheriff's Proof of Service attached hereto as Exhibit B.]

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, and this action may be removed to this Court by the defendant pursuant to 28 U.S.C. § 1441(a) given that it is a civil action between citizens of different states, the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs, and this Court is the District Court of the United States for the district and division encompassing the place where the action is pending.

4. The plaintiff, Neal Bayaa, is now and was at the time of the commencement of this lawsuit a resident and citizen of the State of Illinois, and is not a resident or citizen of the same state as either defendant.

5. The plaintiff named Marten Transport, Ltd. as a defendant in this case. Marten Transport, Ltd. is a Delaware Corporation with its principal place of business in Mondovi, Wisconsin.

6. The plaintiff named Andy Bennett as defendant in this case. Andy Bennett is a citizen and resident of the State of New York.

7. The Defendant, Andy Bennett, expressly consents to removal of this case to this Court. [See Andy Bennett's sworn statement of consent attached hereto as Exhibit C.]

8.  As previously noted, for diversity jurisdiction to exist as a proper basis of removal, the matter in controversy must exceed the sum or value of $75,000. 28 U.S.C. § 1332(a).

9.  Although plaintiff's complaint simply includes a prayer for relief in "an amount in excess of $50,000" to satisfy the jurisdictional requirement of the Law Division of the Circuit Court of Cook County, [see Complaint, attached hereto as Exhibit A] the plaintiff alleges that he has been "caused to sustain personal injuries, to incur and pay medical and hospital expenses, and to be absent from his usual pursuits and occupation." In addition to the allegations set forth in the plaintiff's complaint, plaintiff's counsel has indicated that his client has sustained a broken neck as a result of the occurrence and is currently under the care of a neurosurgeon. [See correspondence dated December 20, 2007 attached hereto as Exhibit D.] Plaintiff's counsel has further indicated that the plaintiff has not returned to gainful employment since the date of the occurrence and has no immediate plans to return to gainful employment. Therefore, it is defendants' good faith belief that the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

10. This Notice of Removal is being filed within thirty days of the receipt of the plaintiff's complaint as prescribed by 28 U.S.C. § 1446(b). Plaintiff's complaint was filed on December 6, 2007 and the defendant Marten Transport was served with a copy of the complaint on December 21, 2007. This notice is filed on January 17, 2008, within thirty days of the date of service of the plaintiff's complaint. [See Exhibit B.]

11. A true and accurate copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of Cook County of Illinois promptly after the filing of this

Notice of Removal. Written notice of the filing of this Notice of Removal and a copy of the Notice of Removal will also be provided to plaintiff's counsel as required by 28 U.S.C. § 1446(d).

12. Attached to this Notice of Removal are true and correct copies of all process, pleadings, and orders filed in the aforesaid action.

**THE DEFENDANT HEREBY DEMANDS A TRIAL BY JURY.**

WHEREFORE, the defendant MARTEN TRANSPORT LTD., and CARL ROBISON, hereby give notice that the matter captioned *Neal Bayaa v. Marten Transport Ltd. and Andy Bennett*, Case No. 07 L 013613 filed in the Law Division of the Circuit Court of Cook County in the State of Illinois is removed to the United States District Court for the Northern District of Illinois, Eastern Division.

                        Respectfully submitted,

                        THE HUNT LAW GROUP, LLC


By:   /s/ Brian J. Hunt
       Brian J. Hunt
       ID Number 6208397


THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 West Washington, 18th Floor
Chicago, Illinois 60606
(312) 384-2300

## **CERTIFICATE OF SERVICE**

I certify, under penalty of perjury that I accomplished service pursuant to ECF as to Filing Users and pursuant to LR 5.5 for all parties that are not Filing Users on the 18th day of January 2008, before 5:00 p.m.


                                                  /s/ Brian J. Hunt
                                                  BRIAN J. HUNT

THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 W. Washington, 18th Floor
Chicago, Illinois 60606
(312) 384 - 2300

# EXHIBIT A

Case 1:08-cv-00408   Document 1   Filed 01/17/2008   Page 6 of 13

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| NEAL BAYAA, | ) | |
| | ) | 2007L013613 |
| Plaintiff, | ) | CALENDAR/ROOM D |
| | ) | TIME 00:00 |
| VS. | ) NO. | PI Motor Vehicle |
| | ) | |
| MARTEN TRANSPORT, LTD., and | ) | |
| ANDY BENNETT, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, NEAL BAYAA, by and through his attorney, STEPHEN J. McMULLEN, complaining of the Defendants, MARTEN TRANSPORT, LTD., and ANDY BENNETT, as follows:

1. That on November 30, 2007, Plaintiff NEAL BAYAA was a passenger in a motor vehicle traveling southbound on Kedzie at or near 7300 S. Kedzie in the City of Chicago, County of Cook and State of Illinois.

2. That on November 30, 2007, the Defendant, MARTEN TRANSPORT, LTD., and its employee, Defendant, ANDY BENNETT were operating their tractor-trailer southbound on Kedzie in the inside lane approaching and up to the intersection of Kedzie and 73rd Street, in the aforesaid, City, State and County.

3. That as the two vehicles, that in which Plaintiff was riding, and the tractor-trailer operated by Defendants entered the intersection of Kedzie and 73rd Street, the Defendant, MARTEN TRANSPORT, LTD., by and through its agent, Defendant, ANDY BENNETT carelessly and negligently:

(a) Made a right turn without looking into his sideview mirror to see if it was safe to do so.

(b) Changed lanes from the left lane to the right when it was unsafe to do so;

(c) Sideswiped the vehicle in which plaintiff was riding;

(d) Attempted to take a right turn onto 73rd Street from Kedzie without any lookout;

4. That as a direct and proximate result of one or more of the aforementioned wrongful acts of Defendants, the vehicle of Defendants sideswiped the vehicle in which plaintiff was a passenger.

5. That as a direct and proximate result of Defendants' aforesaid careless and negligent acts and/or omissions, the Plaintiff was caused to sustain personal injuries, to incur and pay medical and hospital expenses, and to be absent from his usual pursuits and occupation for a period of time.

WHEREFORE, Plaintiff, NEAL BAYAA, prays for judgment against Defendants, MARTEN TRANSPORT, LTD., and ANDY BENNETT, and each of them, in an amount IN EXCESS OF FIFTY THOUSAND ($50,000.00) together with hiser costs of suit.

STEPHEN J. MCMULLEN

By: _____
Stephen J. McMullen

STEPHEN J. MCMULLEN
212 W. Washington, Suite 909
Chicago, Illinois 60606
(312) 795-0513
Attorney Code Number 11067

# EXHIBIT B

| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

CCG N001-75M-2/28/05 (43480658)

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, _____Law_____ DIVISION

(Name all parties)

NEAL BAYAH

v.

MAERSK TRANSPORT, LTD

No. 2007L013613
CALENDAR/ROOM D
TIME 00:00
PI Motor Vehicle

## SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____521_____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

DEC 6 2007

Atty. No.: 11067
Name: Smyth J Mulkern
Atty. for: 32 W. Washington 805
Address: Chicago IL 60606
City/State/Zip:
Telephone: 312 357-0500

WITNESS, _____

DOROTHY BROWN
Clerk of Circuit Court

Date of service _____,
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**



# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEAL BAYAA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| | ) | |
| | ) | (Cook County Circuit |
| v. | ) | Court Case 07 L 013613) |
| | ) | |
| | ) | |
| MARTEN TRANSPORT, LTD., | ) | |
| and ANDY BENNETT, | ) | |
| | ) | |
| Defendants. | ) | |

## ANDY BENNETT'S CONSENT
## TO REMOVAL TO FEDERAL COURT

The undersigned, Andy Bennett, being first duly sworn on oath, state as follows:

1. I am a competent adult over eighteen (18) years of age.

2. I am aware that I have been named as a defendant in a lawsuit filed by Neal Bayaa in the Circuit Court of Cook County, Illinois, with Case Number 2007 L 013613.

3. I hereby expressly consent to the removal of this matter to the United States District Court for the Northern District of Illinois – Eastern Division.

By: _____
Andy Bennett