**FILED**

**JANUARY 17, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**08 C 408**

| | | |
|---|---|---|
| NEAL BAYAA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| | ) | |
| | ) | (Cook County Circuit |
| v. | ) | Court Case 07 L 013613) |
| | ) | |
| | ) | |
| MARTEN TRANSPORT, LTD., | ) | |
| and ANDY BENNETT, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGE SHADUR**
**MAGISTRATE JUDGE VALDEZ**

**NOTICE OF FILING**

TO:  Stephen J. McMullen
     212 W. Washington, #909
     Chicago, IL 60606

**YOU ARE HEREBY NOTIFIED** that on **January 17, 2008,** there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **MARTEN TRANSPORT, LTD.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332, 1441 and 1446, ATTORNEY APPEARANCE FORMS, CORPORATE DISCLOSURE STATEMENT, and MARTEN TRANSPORT, LTD.'S ANSWER TO PLAINTIFF'S COMPLAINT** copies of which are attached hereto.

THE HUNT LAW GROUP, LLC

By:  /s/ Brian J. Hunt
     Brian J. Hunt
     ID Number 6208397

THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 W. Washington, 18th Floor
Chicago, Illinois 60606
(312) 384 - 2300

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury that I accomplished service pursuant to ECF as to Filing Users and pursuant to LR 5.5 for all parties that are not Filing Users on the 18th day of January 2008, before 5:00 p.m.


/s/ Brian J. Hunt
BRIAN J. HUNT


THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 W. Washington, 18th Floor
Chicago, Illinois 60606
(312) 384 - 2300

2