FILED
JANUARY 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEAL BAYAA | ) | **08 C 408** |
| | ) | |
| Plaintiff, | ) | |
| | ) No. | |
| | ) | |
| | ) (Cook County Circuit | |
| v. | ) Court Case 07 L 013613) | |
| | ) | |
| | ) | |
| MARTEN TRANSPORT, LTD., | ) | **JUDGE SHADUR** |
| and ANDY BENNETT, | ) | **MAGISTRATE JUDGE VALDEZ** |
| | ) **JURY DEMAND** | |
| Defendants. | ) | |

### DEFENDANT MARTEN TRANSPORT, LTD'S CORPORATE DISCLOSURE STATEMENT

The defendant, MARTEN TRANSPORT, LTD., by its attorneys, THE HUNT LAW GROUP, LLC, as for its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, states as follows:

1. Marten Transport, Ltd. has no parent corporation. NWG Management Company owns 13.0% of Marten Transport, Ltd.'s stock.

Respectfully submitted,

THE HUNT LAW GROUP, LLC

By: /s/ Brian J. Hunt
Brian J. Hunt
ID Number 6208397

Brian J. Hunt (6208379)
Ajay I. Patel (6287063)
THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 W. Washington, 18th Floor
Chicago, Illinois 60606
(312) 384-2300
(312) 443-9391 – fax

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury that I accomplished service pursuant to ECF as to Filing Users and pursuant to LR 5.5 for all parties that are not Filing Users on the 18th day of January 2008, before 5:00 p.m.

/s/ Brian J. Hunt
BRIAN J. HUNT

THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 W. Washington, 18th Floor
Chicago, Illinois 60606
(312) 384 - 2300