**FILED**
**JANUARY 17, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEAL BAYAA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| | ) | |
| | ) | (Cook County Circuit |
| v. | ) | Court Case 07 L 013613) |
| | ) | |
| | ) | |
| MARTEN TRANSPORT, LTD., | ) | |
| and ANDY BENNETT, | ) | |
| | ) | **JURY DEMAND** |
| Defendants. | ) | |

**08 C 408**

**JUDGE SHADUR**
**MAGISTRATE JUDGE VALDEZ**

### DEFENDANT, MARTEN TRANSPORT, LTD.'S, ANSWER TO PLAINTIFF'S COMPLAINT

The defendant, MARTEN TRANSPORT, LTD., by its attorneys, THE HUNT LAW GROUP, LLC, as for its Answer to Plaintiff's Complaint at Law, states as follows:

1. That on November 30, 2007, Plaintiff NEAL BAYAA was a passenger in a motor vehicle traveling southbound on Kedzie at or near 7300 S. Kedzie in the City of Chicago, County of Cook and State of Illinois.

ANSWER: The defendant admits that, on the date alleged, the plaintiff, Neal Bayaa, was in a vehicle in the southbound travel lane of Kedzie in the City of Chicago, Illinois and denies the remaining allegations contained in paragraph 1.

2. That on November 30, 2007, the Defendant, MARTEN TRANSPORT, LTD., and its employee, Defendant, ANDY BENNETT, were operating their tractor-trailer southbound on Kedzie in the inside lane approaching and up to the intersection of Kedzie and 73rd Street, in the aforesaid, City, State and County.

ANSWER:   The defendant admits that. on the date alleged, Andy Bennett operated a vehicle in the southbound travel lanes of Kedzie in the City of Chicago, Illinois and denies the remaining allegations contained in paragraph 2.

3.   That as the two vehicles, that in which Plaintiff was riding, and the tractor-trailer operated by Defendants entered the intersection of Kedzie and 73rd Street, the Defendant, MARTEN TRANSPORT, LTD., by and through its agent, Defendant, ANDY BENNETT, carelessly and negligently:

    (a)   Made a right turn without looking into his sideview mirror to see if it was safe to do so;

    (b)   Changed lanes from the left lane to the right when it was unsafe to do so;

    (c)   Sideswiped the vehicle in which plaintiff was riding; and

    (d)   Attempted to take a right turn onto 73rd Street from Kedzie without any lookout.

ANSWER:   The defendant denies the allegations contained in paragraph 3, including subparagraphs (a) through (d).

4.   That as a direct and proximate result of one or more of the aforementioned wrongful acts of Defendants, the vehicle of Defendants sideswiped the vehicle in which Plaintiff was a passenger.

ANSWER:   The defendant denies the allegations contained in paragraph 4.

5.   That as a direct and proximate result of Defendants' aforesaid careless and negligent acts and/or omissions, the Plaintiff was caused to sustain personal injuries, to incur and

pay medical and hospital expenses, and to be absent from his usual pursuits and occupation for a period of time.

ANSWER:   The defendant denies the allegations contained in paragraph 5.

WHEREFORE, defendant, MARTEN TRANSPORT, LTD., denies that the plaintiff is entitled to a judgment against it for a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.000) plus costs of suit and prays that judgment be entered in favor of the defendant and against the plaintiff and for such further relief as deemed just and appropriate by this Honorable Court.

**THE DEFENDANT, MARTEN TRANSPORT, LTD., DEMANDS A TRIAL BY JURY**

Respectfully submitted,

THE HUNT LAW GROUP, LLC

By:   /s/ Brian J. Hunt
      Brian J. Hunt
      ID Number 6208397


THE HUNT LAW GROUP, LLC
Attorneys for Defendant, **Marten Transport, Ltd.**
225 W. Washington Street – 18th Floor
Chicago, Illinois  60606
(312) 384-2300

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury that I accomplished service pursuant to ECF as to Filing Users and pursuant to LR 5.5 for all parties that are not Filing Users on the 18th day of January 2008, before 5:00 p.m.

          /s/ Brian J. Hunt
          BRIAN J. HUNT

THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 W. Washington, 18th Floor
Chicago, Illinois 60606
(312) 384 - 2300