30139

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEAL BAYAA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.   08 CV 408 |
| | ) | |
| | ) | Judge Shadur |
| v. | ) | |
| | ) | Magistrate Judge Valdez |
| | ) | |
| MARTEN TRANSPORT, LTD., | ) | |
| and ANDY BENNETT, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   Stephen J. McMullen
      212 W. Washington, #909
      Chicago, IL 60606

**YOU ARE HEREBY NOTIFIED** that on **February 12, 2008,** there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Consent to Exercise of Jurisdiction By a United States Magistrate Judge,** a copy of which is attached hereto.

                                        THE HUNT LAW GROUP, LLC

                              By:       /s/ Brian J. Hunt
                                        Brian J. Hunt
                                        ID Number 6208397

THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 W. Washington, 18th Floor
Chicago, Illinois 60606
(312) 384 - 2300

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury that I accomplished service pursuant to ECF as to Filing Users and pursuant to LR 5.5 for all parties that are not Filing Users on the 12th day of February 2008, before 5:00 p.m.

/s/ Brian J. Hunt
BRIAN J. HUNT

THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 W. Washington, 18th Floor
Chicago, Illinois 60606
(312) 384 - 2300