# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Neal Bayaa

                                   Plaintiff,

v.                                                    Case No.: 1:08−cv−00408
                                                      Honorable Maria Valdez

Martin Transport, Ltd., et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

        MINUTE entry before Judge Maria Valdez : Magistrate Judge Status hearing held
on 3/11/2008 and continued to 8/5/08 at 9:30 a.m. Non−Expert discovery to close by
7/31/08. Court inquire about settlement conference in open court. Parties shall continue to
discuss potential settlement. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.