30139

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| NEAL BAYAA, | )
| Plaintiff, | )
| | ) No.   08 CV 408
| v. | ) Judge Shadur
| | ) Magistrate Judge Valdez
| MARTEN TRANSPORT, LTD., and ANDY BENNETT, | )
| Defendants. | )

## MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

Defendants, MARTEN TRANSPORT, LTD. and ANDY BENNETT, by their attorneys, THE HUNT LAW GROUP, LLC, pursuant to Federal Rule of Civil Procedure 14(a), hereby move for leave, as third-party plaintiffs, to cause to be served upon PATRICIA BAYAA a summons and third-party complaint, copies of which are attached as Exhibit A and Exhibit B, and in support thereof, states as follows:

1. The defendants filed their appearance and answer in this matter on January 17, 2008.

2. To date, written discovery responses from all parties remain outstanding, no depositions have been taken and no expert witnesses have been identified.

3. As such, substantial discovery in this case has yet to occur.

4. Therefore, neither plaintiff nor defendants will be prejudiced by the filing of a third-party complaint against Patricia Bayaa.

WHEREFORE, the defendants/third-party plaintiffs respectfully request that this Honorable Court enter an order granting the defendants/third-party plaintiffs leave

to file their third-party complaint against third-party defendant, Patricia Bayaa, with summons to issue or for such further relief as this Honorable Court deems just and appropriate.

                                      Respectfully submitted,

                                      THE HUNT LAW GROUP, LLC

                      By:   /s/ Brian J. Hunt
                             Brian J. Hunt
                             ID Number 6208397

Brian J. Hunt
Ajay I. Patel
THE HUNT LAW GROUP, LLC
Attorneys for Defendants
225 W. Washington Street – 18th Floor
Chicago, Illinois 60606
(312) 384-2300