30139

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEAL BAYAA, </br></br>Plaintiff, </br></br>v. </br></br>MARTEN TRANSPORT, LTD., and ANDY BENNETT, </br></br>Defendants. | No. 08 CV 408 </br></br>Judge Shadur </br></br>Magistrate Judge Valdez |

## EXHIBIT LIST

1. Exhibit A – Third Party Summons in a Civil Complaint

2. Exhibit B – Marten Transport and Andy Bennett's Proposed Third-Party Complaint Against Patricia Bayaa.