# EXHIBIT B

30139

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEAL BAYAA ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.    08 CV 408 |
| ) | |
| ) | Judge Shadur |
| v. ) | |
| ) | Magistrate Judge Valdez |
| ) | |
| MARTEN TRANSPORT, LTD., ) | |
| and ANDY BENNETT, ) | |
| ) | |
| Defendants. ) | |

### MARTEN TRANSPORT, LTD. and ANDY BENNETT'S THIRD-PARTY COMPLAINT AGAINST PATRICIA BAYAA

The defendants/third-party plaintiffs, MARTEN TRANSPORT, LTD. and ANDY BENNETT, by their attorneys, THE HUNT LAW GROUP, LLC, pleading in the alternative and without prejudice to their other pleadings, for its Third-Party Complaint against the third-party defendant, PATRICIA BAYAA, states as follows:

1. The plaintiff, NEAL BAYAA, filed a Complaint at Law against Marten Transport, Ltd. and Andy Bennett claiming that he sustained injuries and damages as a result of an automobile accident that occurred on November 30, 2007 at or near 7300 S. Kedzie in the City of Chicago, County of Cook and State of Illinois. (See Complaint attached hereto as Exhibit A.)

2. The defendants have denied and continue to deny all material allegations against them which are set forth in the plaintiff's Complaint. (See Answer to Plaintiff's Complaint attached hereto as Exhibit B.)

30139/aip

3. On or about November 30, 2008, and at all times relevant to plaintiff's complaint, plaintiff was a passenger in a vehicle operated by third-party defendant, PATRICIA BAYAA.

4. The third-party defendant, PATRICIA BAYAA, had a duty to exercise reasonable care in operating her vehicle and owed a duty to the plaintiff and others similarly situated to provide safe operation of her vehicle in order to prevent injuries from occurring during her operation of said vehicle.

5. On the aforesaid date, PATRICIA BAYAA, was then and there guilty of one or more of the following negligent acts and/or omissions:

    a. Negligently and carelessly failed to keep a safe and proper lookout;

    b. Negligently and carelessly failed to observe the traffic controls for her direction of travel as she approached the subject intersection;

    c. Negligently and carelessly failed to yield;

    d. Negligently and carelessly failed to maintain a proper distance from the defendants' vehicle;

    e. Negligently and carelessly sideswiped the defendants' vehicle; and

    f. Was otherwise careless and/or negligent

6. As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions of the third-party defendant, PATRICIA BAYAA, the plaintiff alleges he sustained injuries and damages.

7. If the plaintiff prevails against defendants/third-party plaintiffs, MARTEN TRANSPORT, LTD. and ANDY BENNETT, then MARTEN TRANSPORT, LTD. and ANDY BENNETT are entitled to receive contribution from the third-party defendant, PATRICIA

30139/aip

BAYAA, based on the percentage to which the liability of fault of PATRICIA BAYAA caused or contributed to cause the plaintiff's injuries or damages pursuant to the Illinois Contribution Among Joint Tortfeasors Act, 740 ILCS 100/.01 et seq.

WHEREFORE, the defendants/third-party plaintiffs, MARTEN TRANSPORT, LTD. and ANDY BENNETT, pray that if a judgment is entered against them and in favor of the plaintiff, then judgment should be entered in favor of MARTEN TRANSPORT, LTD. and ANDY BENNETT and against third-party defendant, PATRICIA BAYAA, for her pro rata share of such judgment to the maximum extent permitted by law, and for such further relief as this Honorable Court deems just and appropriate.

        Respectfully submitted,

        THE HUNT LAW GROUP, LLC

By:   /s/ Brian J. Hunt
      Brian J. Hunt
      ID Number 6208397

Brian J. Hunt
Ajay I. Patel
THE HUNT LAW GROUP, LLC
Attorneys for Defendants
225 W. Washington Street – 18th Floor
Chicago, Illinois 60606
(312) 384-2300

# EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| NEAL BAYAA, | ) |
| Plaintiff, | ) |
| VS. | ) NO. |
| MARTEN TRANSPORT, LTD., and ANDY BENNETT, | ) |
| Defendants. | ) |

2007L013613
CALENDAR/ROOM D
TIME 00:00
PI Motor Vehicle

FILED-19
07 DEC -5 AM 10:50

COMPLAINT AT LAW

NOW COMES the Plaintiff, NEAL BAYAA, by and through his attorney, STEPHEN J. McMULLEN, complaining of the Defendants, MARTEN TRANSPORT, LTD., and ANDY BENNETT, as follows:

1. That on November 30, 2007, Plaintiff NEAL BAYAA was a passenger in a motor vehicle traveling southbound on Kedzie at or near 7300 S. Kedzie in the City of Chicago, County of Cook and State of Illinois.

2. That on November 30, 2007, the Defendant, MARTEN TRANSPORT, LTD., and its employee, Defendant, ANDY BENNETT were operating their tractor-trailer southbound on Kedzie in the inside lane approaching and up to the intersection of Kedzie and 73rd Street, in the aforesaid, City, State and County.

3. That as the two vehicles, that in which Plaintiff was riding, and the tractor-trailer operated by Defendants entered the intersection of Kedzie and 73rd Street, the Defendant, MARTEN TRANSPORT, LTD., by and through its agent, Defendant, ANDY BENNETT carelessly and negligently:

(a) Made a right turn without looking into his sideview mirror to see if it was safe to do so.

(b) Changed lanes from the left lane to the right when it was unsafe to do so;

(c) Sideswiped the vehicle in which plaintiff was riding;

(d) Attempted to take a right turn onto 73rd Street from Kedzie without any lookout;

4. That as a direct and proximate result of one or more of the aforementioned wrongful acts of Defendants, the vehicle of Defendants sideswiped the vehicle in which plaintiff was a passenger.

5. That as a direct and proximate result of Defendants' aforesaid careless and negligent acts and/or omissions, the Plaintiff was caused to sustain personal injuries, to incur and pay medical and hospital expenses, and to be absent from his usual pursuits and occupation for a period of time.

WHEREFORE, Plaintiff, NEAL BAYAA, prays for judgment against Defendants, MARTEN TRANSPORT, LTD., and ANDY BENNETT, and each of them, in an amount IN EXCESS OF FIFTY THOUSAND ($50,000.00) together with hiser costs of suit.

STEPHEN J. MCMULLEN

By: _____
Stephen J. McMullen

STEPHEN J. MCMULLEN
212 W. Washington, Suite 909
Chicago, Illinois 60606
(312) 795-0513
Attorney Code Number 11067

# EXHIBIT B

**FILED**
**JANUARY 17, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEAL BAYAA | ) | **08 C 408** |
| Plaintiff, | ) | |
| | ) No. | |
| v. | ) (Cook County Circuit<br>) Court Case 07 L 013613) | |
| MARTEN TRANSPORT, LTD.,<br>and ANDY BENNETT, | ) | **JUDGE SHADUR**<br>**MAGISTRATE JUDGE VALDEZ** |
| | ) **JURY DEMAND** | |
| Defendants. | ) | |

## DEFENDANT, MARTEN TRANSPORT, LTD.'S, ANSWER TO PLAINTIFF'S COMPLAINT

The defendant, MARTEN TRANSPORT, LTD., by its attorneys, THE HUNT LAW GROUP, LLC, as for its Answer to Plaintiff's Complaint at Law, states as follows:

1. That on November 30, 2007, Plaintiff NEAL BAYAA was a passenger in a motor vehicle traveling southbound on Kedzie at or near 7300 S. Kedzie in the City of Chicago, County of Cook and State of Illinois.

ANSWER: The defendant admits that, on the date alleged, the plaintiff, Neal Bayaa, was in a vehicle in the southbound travel lane of Kedzie in the City of Chicago, Illinois and denies the remaining allegations contained in paragraph 1.

2. That on November 30, 2007, the Defendant, MARTEN TRANSPORT, LTD., and its employee, Defendant, ANDY BENNETT, were operating their tractor-trailer southbound on Kedzie in the inside lane approaching and up to the intersection of Kedzie and 73rd Street, in the aforesaid, City, State and County.

ANSWER:    The defendant admits that. on the date alleged, Andy Bennett operated a vehicle in the southbound travel lanes of Kedzie in the City of Chicago, Illinois and denies the remaining allegations contained in paragraph 2.

3.   That as the two vehicles, that in which Plaintiff was riding, and the tractor-trailer operated by Defendants entered the intersection of Kedzie and 73rd Street, the Defendant, MARTEN TRANSPORT, LTD., by and through its agent, Defendant, ANDY BENNETT, carelessly and negligently:

  (a) Made a right turn without looking into his sideview mirror to see if it was safe to do so;

  (b) Changed lanes from the left lane to the right when it was unsafe to do so;

  (c) Sideswiped the vehicle in which plaintiff was riding; and

  (d) Attempted to take a right turn onto 73rd Street from Kedzie without any lookout.

ANSWER:    The defendant denies the allegations contained in paragraph 3, including subparagraphs (a) through (d).

4.   That as a direct and proximate result of one or more of the aforementioned wrongful acts of Defendants, the vehicle of Defendants sideswiped the vehicle in which Plaintiff was a passenger.

ANSWER:    The defendant denies the allegations contained in paragraph 4.

5.   That as a direct and proximate result of Defendants' aforesaid careless and negligent acts and/or omissions, the Plaintiff was caused to sustain personal injuries, to incur and

2

pay medical and hospital expenses, and to be absent from his usual pursuits and occupation for a period of time.

ANSWER:   The defendant denies the allegations contained in paragraph 5.

WHEREFORE, defendant, MARTEN TRANSPORT, LTD., denies that the plaintiff is entitled to a judgment against it for a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.000) plus costs of suit and prays that judgment be entered in favor of the defendant and against the plaintiff and for such further relief as deemed just and appropriate by this Honorable Court.

**THE DEFENDANT, MARTEN TRANSPORT, LTD., DEMANDS A TRIAL BY JURY**

        Respectfully submitted,

        THE HUNT LAW GROUP, LLC

By:   /s/ Brian J. Hunt
       Brian J. Hunt
       ID Number 6208397

THE HUNT LAW GROUP, LLC
Attorneys for Defendant, **Marten Transport, Ltd.**
225 W. Washington Street – 18th Floor
Chicago, Illinois  60606
(312) 384-2300

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury that I accomplished service pursuant to ECF as to Filing Users and pursuant to LR 5.5 for all parties that are not Filing Users on the 18th day of January 2008, before 5:00 p.m.

/s/ Brian J. Hunt
BRIAN J. HUNT

THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 W. Washington, 18th Floor
Chicago, Illinois 60606
(312) 384 - 2300