30139

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEAL BAYAA )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>MARTEN TRANSPORT, LTD., )<br>and ANDY BENNETT, )<br>)<br>Defendants. ) | No.   08 CV 408<br><br>Judge Shadur<br><br>Magistrate Judge Valdez |

## NOTICE OF PRESENTMENT OF MOTION

TO:  Stephen J. McMullen
212 W. Washington, #909
Chicago, IL 60606

On, **April 2, 2008**, at **9:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Valdez, in Room 1300 of the Everett McKinley Dirksen Building, or any judge sitting in her stead, in the courtroom usually occupied by her, and shall then and there present the attached **Motion for Leave to File Third-Party Complaint**.

THE HUNT LAW GROUP, LLC
Attorney for Defendants
225 W. Washington St., 18th Floor,
Chicago, Illinois 60606
312-384-2300

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury that I accomplished service pursuant to ECF as to Filing Users and pursuant to LR 5.5 for all parties that are not Filing Users on the 19th day of March 2008, before 5:00 p.m.

/s/   Ajay I. Patel
Ajay I. Patel (# 6287063)