UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Neal Bayaa
                                      Plaintiff,

v.                                                                                Case No.: 1:08–cv–00408
                                                                              Honorable Maria Valdez

Martin Transport, Ltd., et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

      MINUTE entry before Judge Honorable Maria Valdez: Motion hearing held on 4/2/2008. Defendants' Motion for leave to file third–party complaint [16] is granted. Defendant shall e–file the third party complaint reflecting the appropriate caption of the case including third party caption forthwith. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.