TYPE LAW        SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS       DISTRICT 109

SHERIFF'S NUMBER 038969-001D CASE NUMBER 08CV408       DEPUTY: E.Sluis #2829

FILED DT 04-07-2008 RECEIVED DT 04-07-2008 DIE DT 04-22-2008 MULTIPLE SERVICE  1
   DEFENDANT                                                    ATTORNEY
BAYAA, PATRICIA                                                 STEPHEN J MCMULLEN
6429 S KNOX AV                                                  212 W WASHINGTON ST 909
CHICAGO IL. 60629                                               CHICAGO IL. 60606

30139
@ A1P
@ W

PLAINTIFF MARTEN TRANSPORT LTD

SERVICE INFORMATION: THIRD PARTY CASE       RS

FOREIGN

**************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
     NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
     AT THE DEFENDANT'S USUAL PLACE  OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
     RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
     THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
     _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
     PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
     SAID PARTY REFUSED NAME_____
.....3 SERVICE ON:  CORPORATION____COMPANY____BUSINESS____PARTNERSHIP____
     BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
     REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER  OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)  THOMAS J. DART, SHERIFF, BY: _____, DEPUTY

  1 SEX___ M/F   RACE___   AGE___
  2 NAME OF DEFENDANT BAYAA, PATRICIA
    __WRIT SERVED ON _____ Not Served

THIS  17  DAY OF  April  20 08 TIME  7:03  A.M./P.M.

ADDITIONAL REMARKS _____

**************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG  _Home_____                ATTEMPTED SERVICES

NEIGHBORS NAME _____       DATE        TIME A.M./P.M.
    ADDRESS _____          4/16        11:90 A 2822

       REASON NOT SERVED:                   ____        ___:___ ___
               07 EMPLOYER REFUSAL
__01 MOVED              __08 RETURNED BY ATTY         ____        ___:___ ___
_X_02 NO CONTACT        __09 DECEASED
__03 EMPTY LOT          __10 BLDG DEMOLISHED          ____        ___:___ ___
__04 NOT LISTED         __11 NO REGISTERED AGT.
__05 WRONG ADDRESS      __12 OTHER REASONS            ____        ___:___ ___
__06 NO SUCH ADDRESS    __13 OUT OF COUNTY
                                          ____        ___:___ ___

FEE   .00    MILEAGE    .00   TOTAL   .00                              SG10

AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF

Neal Bayaa

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Marten Transport, Ltd. and
Andy Bennett

CASE NUMBER: 08 cv 408

ASSIGNED JUDGE: Shadur

V. THIRD PARTY DEFENDANT

Patricia Bayaa

DESIGNATED MAGISTRATE JUDGE: Valdez

TO: Name and address of Third Party Defendant

Patricia Bayaa
6429 S. Knox
Chicago, Illinois 60629

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Stephen J. McMullen
212 W. Washington St., Suite 909
Chicago, Illinois 60606

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Brian J. Hunt
The Hunt Law Group, LLC
225 W. Washington St., 18th Floor
Chicago, Illinois 60606

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

*J. Cervantes*

(By) DEPUTY CLERK

APR 0 7 2008

DATE

AO 441 (Rev. 09/00) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

Executed on _____     _____
            Date              *Signature of Server*

                              _____
                              *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF

Neal Bayaa

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Marten Transport, Ltd. and
Andy Bennett

CASE NUMBER: 08 cv 408

ASSIGNED JUDGE: Shadur

V. THIRD PARTY DEFENDANT

DESIGNATED MAGISTRATE JUDGE: Valdez

Patricia Bayaa

TO: Name and address of Third Party Defendant

Patricia Bayaa
6429 S. Knox
Chicago, Illinois 60629

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Stephen J. McMullen
212 W. Washington St., Suite 909
Chicago, Illinois 60606

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Brian J. Hunt
The Hunt Law Group, LLC
225 W. Washington St., 18th Floor
Chicago, Illinois 60606

an answer to the third-party complaint which is herewith served upon you within ___20___ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

**TERESA CERVANTES**

(By) DEPUTY CLERK

APR 0 7 2008

DATE

AO 441 (Rev. 09/00) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

Executed on _____
            Date            *Signature of Server*

                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

30139

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEAL BAYAA | ) |
| Plaintiff, | ) No.   08 CV 408 |
| v. | ) Judge Shadur |
| | ) Magistrate Judge Valdez |
| MARTEN TRANSPORT, LTD., and ANDY BENNETT, | ) |
| Defendants. | ) |
| MARTEN TRANSPORT, LTD and ANDY BENNETT | ) |
| Third-Party Plaintiffs, | ) |
| v. | ) |
| PATRICIA BAYAA | ) |
| Third-Party Defendant | ) |

## MARTEN TRANSPORT, LTD. and ANDY BENNETT'S THIRD-PARTY COMPLAINT AGAINST PATRICIA BAYAA

The defendants/third-party plaintiffs, MARTEN TRANSPORT, LTD. and ANDY BENNETT, by their attorneys, THE HUNT LAW GROUP, LLC, pleading in the alternative and without prejudice to their other pleadings, for its Third-Party Complaint against the third-party defendant, PATRICIA BAYAA, states as follows:

1. The plaintiff, NEAL BAYAA, filed a Complaint at Law against Marten Transport, Ltd. and Andy Bennett claiming that he sustained injuries and damages as a result of an automobile accident that occurred on November 30, 2007 at or near 7300 S. Kedzie in the

30139/aip

City of Chicago, County of Cook and State of Illinois. (See Complaint attached hereto as Exhibit A.)

2. The defendants have denied and continue to deny all material allegations against them which are set forth in the plaintiff's Complaint. (See Answer to Plaintiff's Complaint attached hereto as Exhibit B.)

3. On or about November 30, 2008, and at all times relevant to plaintiff's complaint, plaintiff was a passenger in a vehicle operated by third-party defendant, PATRICIA BAYAA.

4. The third-party defendant, PATRICIA BAYAA, had a duty to exercise reasonable care in operating her vehicle and owed a duty to the plaintiff and others similarly situated to provide safe operation of her vehicle in order to prevent injuries from occurring during her operation of said vehicle.

5. On the aforesaid date, PATRICIA BAYAA, was then and there guilty of one or more of the following negligent acts and/or omissions:

    a. Negligently and carelessly failed to keep a safe and proper lookout;

    b. Negligently and carelessly failed to observe the traffic controls for her direction of travel as she approached the subject intersection;

    c. Negligently and carelessly failed to yield;

    d. Negligently and carelessly failed to maintain a proper distance from the defendants' vehicle;

    e. Negligently and carelessly sideswiped the defendants' vehicle; and

    f. Was otherwise careless and/or negligent

6. As a direct and proximate result of one or more of the aforesaid negligent acts

2

30139/aip

and/or omissions of the third-party defendant, PATRICIA BAYAA, the plaintiff alleges he sustained injuries and damages.

7.  If the plaintiff prevails against defendants/third-party plaintiffs, MARTEN TRANSPORT, LTD. and ANDY BENNETT, then MARTEN TRANSPORT, LTD. and ANDY BENNETT are entitled to receive contribution from the third-party defendant, PATRICIA BAYAA, based on the percentage to which the liability of fault of PATRICIA BAYAA caused or contributed to cause the plaintiff's injuries or damages pursuant to the Illinois Contribution Among Joint Tortfeasors Act, 740 ILCS 100/.01 et seq.

WHEREFORE, the defendants/third-party plaintiffs, MARTEN TRANSPORT, LTD. and ANDY BENNETT, pray that if a judgment is entered against them and in favor of the plaintiff, then judgment should be entered in favor of MARTEN TRANSPORT, LTD. and ANDY BENNETT and against third-party defendant, PATRICIA BAYAA, for her pro rata share of such judgment to the maximum extent permitted by law, and for such further relief as this Honorable Court deems just and appropriate.

Respectfully submitted,

THE HUNT LAW GROUP, LLC

By: /s/ Brian J. Hunt
Brian J. Hunt
ID Number 6208397

Brian J. Hunt
Ajay I. Patel
THE HUNT LAW GROUP, LLC
Attorneys for Defendants/Third-Party Plaintiffs
225 W. Washington Street – 18th Floor
Chicago, Illinois 60606
(312) 384-2300

3