30139
③AIP  ②Ellen

# Affidavit of Process Server

Neal Bayaa                    vs    Patricia Bayaa            08-CV-408

PLAINTIFF/PETITIONER                              DEFENDANT/RESPONDENT          CASE #

Being duly sworn, on my oath, I    Barry A Savage Sr
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:**    I served    Patricia Bayaa
                                    NAME OF PERSON/ENTITY BEING SERVED
with the (documents)  ☐ Subpoena with $_____ witness fee and mileage

☒ Summons + third Party Complaint

by serving (NAME)    Patricia Bayaa

at ☐ Home    6429  S  Knox  Chgo  IL

☐ Business _____

☐ on (DATE)    5-9-08              at (TIME)    923 am

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____    (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
   namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
   namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**   After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address          ☐ Evading                    ☐ Other: _____
☐ Address Does Not Exist      ☐ Service Cancelled by Litigant  _____
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:**  Service was attempted on: (  ) _____ , (  ) _____
                                                    DATE  TIME                    DATE  TIME
(  ) _____ , (  ) _____ , (  ) _____
     DATE  TIME              DATE  TIME              DATE  TIME

**Description:**  ☐ Male        ☒ White Skin    ☐ Black Hair    ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'      ☐ Under 100 Lbs.
                 ☒ Female      ☐ Black Skin    ☒ Brown Hair    ☐ Balding      ☒ 21-35 Yrs.   ☐ 5'0"–5'3"     ☐ 100-130 Lbs.
                              ☐ Yellow Skin   ☐ Blond Hair                   ☐ 36-50 Yrs.   ☒ 5'4"–5'8"     ☐ 131-160 Lbs.
                              ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache     ☐ 51-65 Yrs.   ☐ 5'9"–6'0"     ☒ 161-200 Lbs.
                 ☒ Glasses    ☐ Red Skin      ☐ Red Hair      ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'       ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois       County of Cook

                                                    Barry A Savage Sr
                                                    SERVED BY
Subscribed and sworn to before me,                  LASALLE PROCESS SERVERS
a notary public, this __12__ day of __May__ , 20 __08__

_____
NOTARY PUBLIC

OFFICIAL SEAL
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

**NAPPS**
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.