30139

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

NEAL BAYAA           )
                      )
    Plaintiff,      )
                      )    No.    08 CV 408
                      )
                      )    Judge Shadur
    v.              )
                      )    Magistrate Judge Valdez
                      )
MARTEN TRANSPORT, LTD.,  )
and ANDY BENNETT,     )
                      )
    Defendants.     )

## MOTION TO EXTEND TIME FOR NON-EXPERT FACT DISCOVERY

The defendants, by their attorneys, THE HUNT LAW GROUP, LLC, hereby moves this Honorable Court to extend the deadline for the parties to complete non-expert discovery by sixty (60) days. In support of this motion, defendants state as follows:

1.      The plaintiff in this case alleges injuries as a result of an automobile accident occurring on November 30, 2006 between a vehicle operated by defendant Andy Bennett and a vehicle in which the plaintiff was a passenger.

2.      On January 25, 2008, the defendants served the plaintiff with: (1) Interrogatories; (2) Request for Production of Documents; and (3) tax release authorizations. (A copy of the correspondence enclosing the interrogatories, request for production and tax release authorizations is attached hereto as Exhibit A.)

3.      On the afternoon of March 6, 2008, defendants' counsel held a telephone conference with plaintiffs' counsel, pursuant to Local Rule 37.2, to discuss discovery

compliance. During that conversation, defendants' counsel spoke with plaintiff's counsel regarding the outstanding written discovery and agreed to allow another fourteen (14) days to March 20, 2008 for plaintiff to provide complete responses to the interrogatories, request for production and executed tax release authorizations. On March 11, 2008, defendants sent a letter confirming the same pursuant to Rules 26(d), (e), and (f) and Rule 30 of the Federal Rules of Civil Procedure (A copy of the letter is attached hereto as <u>Exhibit B</u>.)

4.      On March 11, 2008, the court held an initial scheduling conference for this matter. Based upon the plaintiff's representation that the plaintiff would provide complete written discovery responses in accordance with the timeframe agreed upon by the parties, the Court ordered that the parties complete non-expert discovery on or before July 31, 2008. (A copy of the March 11 order is attached hereto as <u>Exhibit C</u>.)

5.      The plaintiff failed to provide the written discovery responses or executed tax release authorizations by March 20, 2008.

6.      On March 27, 2008, defendants' counsel sent plaintiff's counsel a HIPAA Privacy Authorization to be executed by the plaintiff – which the Pain Treatment Center of Illinois indicated was necessary before it would release any medical records regarding the plaintiff. (A copy of the correspondence enclosing the authorizations is attached hereto as <u>Exhibit D</u>.)

7.      On March 31, 2008, defendants' counsel sent plaintiff's counsel an Authorization for Release of Information of Ambulance Charges to be executed by the plaintiff – which the City of Chicago indicated was necessary before it would release any medical records regarding the plaintiff. (A copy of the correspondence enclosing the authorizations is attached hereto as <u>Exhibit E</u>.)

8.    On April 25, 2008, plaintiff's counsel communicated with defendant's counsel via telephone voicemail assuring defendant's counsel that plaintiff would provide complete written discovery responses and the executed authorizations on or before April 28, 2008.

9.    However, to date, the plaintiff has failed to provide complete written discovery responses, an executed tax release authorization, an executed HIPAA Privacy Authorization or and executed Authorization for Release of Information for the City of Chicago. The defendants have filed the appropriate motions to compel compliance from the plaintiff.

10.    In addition to the outstanding written discovery and record release authorizations, on April 2, 2008, the Court granted the defendants leave to file a third-party complaint against the driver of the plaintiff's vehicle, Patricia Bayaa. (A copy of the April 2, 2008 order is attached hereto as Exhibit F.)

11.    On April 7, 2008, a third-party summons against Patricia Bayaa was issued and delivered to the Cook County Sheriff for service upon Patricia Bayaa. (A copy of the issued third-party summons is attached hereto as Exhibit G.)

12.    The Cook County Sheriff attempted service of the third-party complaint on April 17, 2008 but was unsuccessful. (A copy of the proof of failed service is attached hereto as Exhibit H.)

13.    On May 9, 2008, an alias third-party summons was issued against Patricia Bayaa. (A copy of the issued alias third-party summons is attached hereto as Exhibit I.)

14.    The third-party complaint and alias third-party summons was served upon Patricia Bayaa on May 9, 2008. Patricia Bayaa has yet to answer or appear in this matter.

15.    At this time, the non-expert depositions that need to be completed are that of the plaintiff, defendant Andy Bennett, third-party defendant Patricia Bayaa, and the plaintiff's

treating physician Abdul Amine.

16.    Of course, the defendants may determine that additional depositions are necessary once the defendants receive the plaintiff's written discovery compliance and the plaintiff's medical records and once testimony is elicited from the individuals listed above.

17.    Moreover, the depositions of the individuals listed above will only prove fruitful after such time as written discovery is complete, the parties are in receipt of the plaintiff's complete medical records – which the defendants cannot obtain until the plaintiff provides the executed health record release authorizations – and the third-party defendant has appeared and had the opportunity to participate in the depositions.

WHEREFORE, the defendants requests that this Honorable Court enter an order granting an extension of sixty (60) days for the parties to complete non-expert fact discovery or for any such further relief that this Court deems just under the circumstances.

Respectfully submitted,

THE HUNT LAW GROUP, LLC

By:    /s/ Ajay I. Patel
       Ajay I. Patel
       ID Number 6287063

Brian J. Hunt (6208379)
Ajay I. Patel
THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 W. Washington, 18th Floor
Chicago, Illinois 60606
(312) 384-2300
(312) 443-9391 - fax

30139

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

NEAL BAYAA )
)
    Plaintiff, )
) No.   08 CV 408
)
) Judge Shadur
    v. )
) Magistrate Judge Valdez
)
MARTEN TRANSPORT, LTD., )
and ANDY BENNETT, )
)
    Defendants. )

## **EXHIBIT LIST**

1.    Exhibit A – Correspondence from Defendants' Counsel dated January 25, 2008.

2.    Exhibit B – Correspondence from Defendants' Counsel dated March 11, 2008.

3.    Exhibit C – Court Order/Notification of Docket Entry dated March 11, 2008.

4.    Exhibit D – Correspondence from Defendants' Counsel dated March 27, 2008.

5.    Exhibit E – Correspondence from Defendants' Counsel dated March 31, 2008.

6.    Exhibit F – Court Order/Notification of Docket Entry dated April 2, 2008.

7.    Exhibit G – Third Party Summons issued April 7, 2008.

8.    Exhibit H – Proof of Failed Service dated April 17, 2008.

9.    Exhibit I – Alias Third Party Summons issued May 9, 2008.

# EXHIBIT A

# The Hunt Law Group, LLC

**225 W. Washington Street**
**18th Floor**
**Chicago, IL 60606**
312.384.2300 (Main)
312.443.9391 (Fax)
Direct Dial: 312.384.2308

January 25, 2008

Mr. Stephen J. McMullen
212 W. Washington, Suite 909
Chicago, IL 60606

      Re:    Bayaa v. Marten Transport, Ltd.
               Our File No.:  30139

Dear Mr. McMullen:

Enclosed you will find an income tax authorization for your client for the years 2002 through 2006. Please have your client fill in the address, social security number and other requested information in the spaces provided. Please return the signed authorization at your earliest convenience.

Additionally, please find a Notice of Deposition of Neal Bayaa, Interrogatories to Plaintiff, and Request for Production of Documents.

Should you have any questions regarding the foregoing, please do not hesitate to contact the undersigned.

                    Very truly yours,

                    The Hunt Law Group, LLC

                    By:  Ajay I. Patel

/bmc
Enclosures

# EXHIBIT B

# THE HUNT LAW GROUP, LLC
225 W. Washington Street, 18th Floor
Chicago, Illinois 60606
312.384.2300 (Main)
312.443.9391 (Fax)

Ajay I. Patel
apatel@hunt-lawgroup.com

Direct Dial:
312.384.2308

March 11, 2008

Mr. Stephen J. McMullen
212 W. Washington, Suite 909
Chicago, IL 60606

     Re:    <u>Bayaa v. Marten Transport, Ltd.</u>
             Our File No.:  30139

Dear Mr. McMullen:

This correspondence will confirm our telephone conversation on March 6, 2008, during which you indicated you would provide us with the written discovery supplementation which we requested in correspondence dated February 29, 2008 by March 20, 2008.

This correspondence is sent pursuant to Rules 26(d), (e) & (f) and 30 of the Federal Rules of Civil Procedure.  Should you have any questions or concerns regarding the foregoing, please do not hesitate to contact me.

             Very truly yours,

             The Hunt Law Group, LLC

             By:  Ajay I. Patel

Aip

# EXHIBIT C

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Neal Bayaa

                                    Plaintiff,

                                                    Case No.: 1:08–cv–00408
v.                                                  Honorable Maria Valdez

Martin Transport, Ltd., et al.

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

> MINUTE entry before Judge Maria Valdez : Magistrate Judge Status hearing held on 3/11/2008 and continued to 8/5/08 at 9:30 a.m. Non–Expert discovery to close by 7/31/08. Court inquire about settlement conference in open court. Parties shall continue to discuss potential settlement. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov.*

# EXHIBIT D

# THE HUNT LAW GROUP, LLC

225 W. Washington Street, 18th Floor
Chicago, Illinois 60606
312.384.2300 (Main)
312.443.9391 (Fax)

Ajay I. Patel
apatel@hunt-lawgroup.com

Direct Dial:
312.384.2308

March 27, 2008

Mr. Stephen J. McMullen
212 W. Washington, Suite 909
Chicago, IL 60606

Re:     Bayaa v. Marten Transport, Ltd.
        Our File No.:  30139

Dear Mr. McMullen:

Enclosed you will find a HIPAA Privacy Authorization which Pain Treatment Center of Illinois has indicated it requires before releasing the plaintiff's medical records. Please have the plaintiff execute this authorization and return it to our offices within the next (7) days so that we may comply with the discovery deadlines set by the Court for this matter.

Should you have any questions or concerns regarding the foregoing, please do not hesitate to contact me.

Very truly yours,

The Hunt Law Group, LLC

By:  Ajay I. Patel

Aip/enclosure

# EXHIBIT E

# THE HUNT LAW GROUP, LLC
225 W. Washington Street, 18th Floor
Chicago, Illinois 60606
312.384.2300 (Main)
312.443.9391 (Fax)

Ajay I. Patel
apatel@hunt-lawgroup.com

Direct Dial:
312.384.2308

March 31, 2008

Mr. Stephen J. McMullen
212 W. Washington, Suite 909
Chicago, IL 60606

     Re:    Bayaa v. Marten Transport, Ltd.
             Our File No.:  30139

Dear Mr. McMullen:

Enclosed you will find an Authorization for Release of Information of Ambulance Charges which we received from the City of Chicago in response to our subpoena for the plaintiff's medical records.  As you can see, the City of Chicago requires that the plaintiff complete a notarized Authorization before it will release its records.  As such, please have the plaintiff complete and notarize this Authorization and return it to our offices within the next (7) days so that we may comply with the discovery deadlines set by the Court for this matter.

Should you have any questions or concerns regarding the foregoing, please do not hesitate to contact me.

Very truly yours,

The Hunt Law Group, LLC

By:  Ajay I. Patel

Aip/enclosure

# EXHIBIT F

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Neal Bayaa

Plaintiff,

v.

Martin Transport, Ltd., et al.

Defendant.

Case No.: 1:08–cv–00408
Honorable Maria Valdez

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

> MINUTE entry before Judge Honorable Maria Valdez: Motion hearing held on 4/2/2008. Defendants' Motion for leave to file third–party complaint [16] is granted. Defendant shall e–file the third party complaint reflecting the appropriate caption of the case including third party caption forthwith. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

# EXHIBIT G

AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF

Neal Bayaa

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Marten Transport, Ltd. and
Andy Bennett

CASE NUMBER:    08 cv 408

ASSIGNED JUDGE:    Shadur

V. THIRD PARTY DEFENDANT

Patricia Bayaa

DESIGNATED
MAGISTRATE JUDGE:    Valdez

TO: Name and address of Third Party Defendant

Patricia Bayaa
6429 S. Knox
Chicago, Illinois 60629

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Stephen J. McMullen
212 W. Washington St., Suite 909
Chicago, Illinois 60606

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

Brian J. Hunt
The Hunt Law Group, LLC
225 W. Washington St., 18th Floor
Chicago, Illinois 60606

an answer to the third-party complaint which is herewith served upon you within ___20___ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

**TERESA CERVANTES**

(By) DEPUTY CLERK

APR 0 7 2008

DATE

# EXHIBIT H

TYPE LAW

SHERIFF'S OFFICE OF COOK COUNTY ILLINOIS

SHERIFF'S NUMBER 038969-001D CASE NUMBER 08CV408    DEPUTY: _____

FILED DT 04-07-2008 RECEIVED DT 04-07-2008 DIE DT 04-22-2008 MULTIPLE SERVICE    1
DEFENDANT                                    ATTORNEY
BAYAA, PATRICIA                              STEPHEN J MCMULLEN
6429 S KNOX AV                               212 W WASHINGTON ST 909
CHICAGO IL. 60629                            CHICAGO IL. 60606

PLAINTIFF MARTEN TRANSPORT LTD

SERVICE INFORMATION: 

*************************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE  OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___ , IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME _____
.....3 SERVICE ON:  CORPORATION___ COMPANY___ BUSINESS___ PARTNERSHIP___
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER  OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)  THOMAS J. DART, SHERIFF, BY: - _____ , DEPUTY

     1 SEX___ M/F    RACE___    AGE___
     2 NAME OF DEFENDANT BAYAA, PATRICIA
       ____WRIT SERVED ON _____

     THIS _17_ DAY OF _Apr-_ 20 _08_ TIME _7:03_ A.M./P.M.

     ADDITIONAL REMARKS _____

*************************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG _____

NEIGHBORS NAME _____

     ADDRESS _____

            REASON NOT SERVED:
                                    07 EMPLOYER REFUSAL
  _01 MOVED                         08 RETURNED BY ATTY
  _02 NO CONTACT                    09 DECEASED
  _03 EMPTY LOT                     10 BLDG DEMOLISHED
  _04 NOT LISTED                    11 NO REGISTERED AGT.
  _05 WRONG ADDRESS                 12 OTHER REASONS
  _06 NO SUCH ADDRESS               13 OUT OF COUNTY

              ATTEMPTED SERVICES

         DATE        TIME A.M./P.M.

         _____   ____:____ ____
         _____   ____:____ ____
         _____   ____:____ ____
         _____   ____:____ ____
         _____   ____:____ ____

FEE  .00  MILEAGE  .00  TOTAL  .00          SG10

# EXHIBIT I

AO 441  (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF

Neal Bayaa

### ALIAS
### THIRD PARTY SUMMONS IN A
### CIVIL ACTION

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Marten Transport, Ltd. and
Andy Bennett

CASE NUMBER:        08 cv 408

ASSIGNED JUDGE:        Shadur

V. THIRD PARTY DEFENDANT

Patricia Bayaa

DESIGNATED
MAGISTRATE JUDGE:        Valdez

To: Name and address of Third Party Defendant

Patricia Bayaa
6429 S. Knox
Chicago, Illinois 60629

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Stephen J. McMullen
212 W. Washington St., Suite 909
Chicago, Illinois 60606

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

Brian J. Hunt
The Hunt Law Group, LLC
225 W. Washington St., 18th Floor
Chicago, Illinois 60606

an answer to the third-party complaint which is herewith served upon you within     20     days after the service of this summons upon you exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MICHAEL W. DOBBINS, CLERK

URI ISUFI

(By) DEPUTY CLERK

MAY - 9 2008

DATE