30139

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NEAL BAYAA, | ) |
| Plaintiff, | ) |
| | ) No.   08 CV 408 |
| v. | ) Judge Shadur |
| | ) Magistrate Judge Valdez |
| MARTEN TRANSPORT, LTD., | ) |
| and ANDY BENNETT, | ) |
| Defendants. | ) |

### NOTICE OF PRESENTMENT OF MOTIONS

TO:   Stephen J. McMullen
212 W. Washington, #909
Chicago, IL 60606

On, **May 28, 2008**, at **9:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Valdez, in Room 1300 of the Everett McKinley Dirksen Building, or any judge sitting in her stead, in the courtroom usually occupied by her, and shall then and there present the attached **Motion to Compel Outstanding Written Discovery**, **Motion to Compel Tax Release and Medical Record Release Authorizations**, and **Motion to Extend Time for Non-Expert Fact Discovery.**

THE HUNT LAW GROUP, LLC
Attorney for Defendants
225 W. Washington St., 18th Floor,
Chicago, Illinois 60606
312-384-2300

## **CERTIFICATE OF SERVICE**

I certify, under penalty of perjury that I accomplished service pursuant to ECF as to Filing Users and pursuant to LR 5.5 for all parties that are not Filing Users on the 20th day of May 2008, before 5:00 p.m.

                                             /s/    Ajay I. Patel
                                                 Ajay I. Patel (# 6287063)