UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Neal Bayaa

                            Plaintiff,

v.                                                    Case No.: 1:08–cv–00408
                                                    Honorable Maria Valdez

Marten Transport, Ltd., et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 5/28/08. Defendants' Motion to Compel Outstanding Written Discovery [24]; for Extension of Time for Non–Expert Fact Discovery [25]; and to Compel Tax Release and Medical Record Release Authorizations [26] are granted. Plaintiff shall respond to all outstanding discovery by 6/11/08. Non–expert fact discovery is extended to 9/29/08. Status hearing set for 8/5/2008 to stand. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.