IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEAL BAYAA, | ) | |
|     Plaintiff(s) | ) | |
| vs. | ) | |
| MARTEN TRANSPORT, LTD. and ANDY BENNETT, | ) | |
|     Defendant(s) | ) | No. 08 CV 408 |
| MARTEN TRANSPORT, LTD. and ANDY BENNETT, | ) | Assigned Judge: Shadur |
|     Third Party Plaintiff(s) | ) | |
| vs. | ) | Designated Magistrate Judge: Valdez |
| PATRICIA BAYAA | ) | |
|     Third Party Defendant(s) | ) | |

**ANSWER TO THIRD PARTY COMPLAINT**

Now comes the Third Party Defendant, PATRICIA BAYAA, by and through Attorneys, PARRILLO, WEISS & O'HALLORAN, and in Answer to Third Party Plaintiff's Complaint states as follows:

1. Admit the allegation.
2. Admit the allegation.
3. Admit the allegation.
4. Admit date and operation; Deny the remaining allegations.
5. Deny the allegation.
6. Deny the allegation.
7. Deny the allegation.

WHEREFORE, the Third Party Defendant prays that this lawsuit so wrongfully brought be dismissed with costs awarded to said Third Party Defendant.

_____
CLIFFORD M. PANEK
I.D. NUMBER 3124672
of PARRILLO, WEISS & O'HALLORAN
Attorneys for Third Party Defendant
77 W. Wacker Drive
Chicago, Illinois 60601
(312) 701-1111